1                      **UNITED STATES DISTRICT COURT**
                                   **DISTRICT OF NEW JERSEY**
                                   **MINUTES OF PROCEEDINGS**

                                                                     January 12, 2021
**CAMDEN OFFICE**                                         **DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:**    CAMILLE PEDANO

**Other(s)**_____

                                                          **Docket #**    CR 1:16-133-1 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
             vs.
DAVID T. POTTS (deft. not present)

**APPEARANCE:**
Sara Aliabadi, AUSA, for USA (via teleconference)
Lisa Evans Lewis, AFPD, for Defendant (via teleconference)

**NATURE OF PROCEEDINGS:**    HEARING ON [66] SECOND MOTION TO REDUCE SENTENCE

Hearing on Second Motion to Reduce Sentence held via teleconference
Ordered [66] motion denied for the reasons stated on the record.
Order to issue.


Time commenced:    11:45AM      Time Adjourned: 12:05PM      Total Time: 0:20

                                                                          <u>Lawrence MacStravic</u>
                                                                          DEPUTY CLERK

**cc: Chambers**