# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal No. 16-133 (RBK) |
| v. | **ORDER** |
| DAVID T. POTTS, | |
| Defendant. | |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Defendant's Second Motion for Reduction of Sentence Under First Step Act (Doc. 66). For the reasons expressed on the record at the hearing on January 12, 2021,

**IT IS HEREBY ORDERED** that Defendant's Motion (Doc. 66) is **DENIED**.

Dated: 1/12/2021

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge